*Richard W. Tomc,* in opposition.

Decided January 7, 1994

### STATE OF CONNECTICUT *v.* EDDIE FORD

The state of Connecticut's petition for certification for appeal from the Appellate Court, 33 Conn. App. 143 (AC 11940), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that there was insufficient evidence to convict the defendant of the crime of tampering with a witness, General Statutes §§ 53a-151 and 53a-8?"

The Supreme Court docket number is SC 14873.

*Jacqueline J. Footman,* assistant state's attorney, in support of the petition.

*Robert G. Golger,* special public defender, in opposition.

Decided January 7, 1994

### DONNA M. JOYCE *v.* CONNECTICUT BAR EXAMINING COMMITTEE

The plaintiff's petition for certification for appeal from the Appellate Court, 33 Conn. App. 908 (AC 11890), is denied.

*Donna M. Joyce,* pro se, in support of the petition.

*Carolyn K. Querijero,* assistant attorney general, in opposition.

Decided January 7, 1994